Paul Ross
PO Box 483
Paul, ID 83347
T: (208) 219-7997
#8676
F: (208) 416-6996
paul@paulnjrosslaw.com
Attorney for Defendant

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>TYLER JOHN STEVENSON,<br><br>Debtor. | Case No. 15-40920-JDP |
| FIRST FEDERAL SAVINGS BANK OF TWIN FALLS,<br><br>Plaintiff,<br>vs.<br><br>TYLER JOHN STEVENSON,<br><br>Defendant. | Adversary No. 16-08009-JDP |

### ANSWER TO COMPLAINT

Defendant, appearing through the undersigned attorney, answers as follows:

1. Paragraph #1 is admitted.

2. Paragraph #2 is admitted.

3. Paragraph #3 is admitted.

4. Paragraph #4 is admitted.

5. Paragraph #5 is admitted inasmuch as Defendant receives mail via a Rupert zip code, but he resides in Minidoka County and not within Rupert City.

6. Paragraph #6 is admitted.

7. Paragraph #7 is admitted.

8. Paragraph #8 is admitted.

9. Paragraph #9 is admitted.

10. Paragraph #10 is denied. First Federal is listed as a creditor on Schedule D with related debt, values of collateral are listed on Schedule B. While there appears an addition error on Schedule D for the values of collateral, Schedule B is correct.

11. Paragraph #11 is denied. Debtor's Statement of Intention lists the intent to keep both items of collateral and to exercise potential options regarding to both.

12. Paragraph #12 is admitted.

13. Paragraph #13 is admitted.

14. Paragraph #14 is admitted regarding stopping the payments, but the rest is denied as Defendant is unaware how or when the truck was recovered by Plaintiff.

15. Paragraph #15 is denied. Defendant is unaware how or when the truck was recovered by First Federal or its agents. The photos appear to represent the condition of the vehicle after Defendant had recovered the vehicle and began making repairs.

16. Paragraph #16 is denied.

17. Paragraph #17 is denied. The vehicle was stolen from Defendant and when it was recovered it had been stripped.

18. Paragraph #18 is denied.

19. Paragraph #19 is denied. Nothing in Debtors schedules was intentionally inaccurate, especially fraudulent. Nothing in Defendant's testimony at the 341 meeting of creditors was inaccurate.

20. Paragraph #20 is admitted.

21. Paragraph "Attorney Fees" is denied.

## AFFIRMATIVE DEFENSES

A.  Complaint fails to state a cause of action upon which relief may be granted.

B.  Intervening cause, someone stole the vehicle causing the damages to the vehicle.

C.  Unless specifically admitted, all other allegations are denied.

WHEREFORE, Defendant, prays Plaintiff's Complaint be denied and attorney fees be awarded in defending the action.

DATED 4 July 2016

_____
PAUL ROSS

Answer

3

## CERTIFICATE OF MAILING

I hereby certify that on 4 July 2016 I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

David Coleman, ECF, attorney for Plaintiff

I further certify that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via First Class mail, posted prepaid addressed as follows:

NA

Via certified mail, return receipt requested, addressed as follows:

NA

*[signature]*
PAUL ROSS

Answer